UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK LILLIBRIDGE, | ) | CIV. 10-4105-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| NAUTILUS INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant and Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DAC's II, INC., d/b/a Dakota Claims Service of Chamberlain, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

Pursuant to the Stipulation to Extend Time for Defendant and Third-Party Plaintiff to Respond to Plaintiff's Motion to Present the Issue of Punitive Damages to the Jury and Obtain Punitive Damages Discovery, it is

ORDERED that the stipulation (Docket 71) is approved. The deadline for filing Defendant and Third-Party Plaintiff's Response to Plaintiff's Motion to Present the Issue of Punitive Damages to the Jury and Obtain Punitive Damages Discovery is extended to **October 5, 2012.**

Dated September 27, 2012.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE