UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK LILLIBRIDGE, | ) | CIV. 10-4105-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER GRANTING |
| NAUTILUS INSURANCE COMPANY, | ) | MOTION TO COMPEL |
| | ) | |
| Defendant and | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DAC's II, INC., d/b/a Dakota Claims | ) | |
| Service of Chamberlain, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

Plaintiff, Mark Lillibridge, moves to compel defendant and third-party plaintiff, Nautilus Insurance Company, to fully answer the following:

1. Plaintiff's first set of interrogatories, No. 5 and requests for production of documents Nos. 9, 10, 12, 15, 16, and 18;

2. Plaintiff's second set of requests for production of documents Nos. 2, 9, 10, 11, 12, 13, 14, 15, 16, and 17; and

3. Plaintiff's third set of requests for production of documents Nos. 1, 4, and 6.

Nautilus Insurance Company has failed to respond to the motion. Good cause having been shown, it is

ORDERED that plaintiff's motion to compel (Docket 85) is granted. Nautilus Insurance Company will fully answer the interrogatories and Requests for Production of Documents described above by **December 28, 2012**. Plaintiff is

entitled to his reasonable attorney's fees and expenses for filing this motion and should file an affidavit setting forth his requested expenses.

Dated November 28, 2012.

> BY THE COURT:
>
> /s/ *Karen E. Schreier*
> KAREN E. SCHREIER
> CHIEF JUDGE