UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| MARK LILLIBRIDGE,<br><br>    Plaintiff,<br><br>vs.<br><br>NAUTILUS INSURANCE COMPANY,<br><br>    Defendant and<br>    Third-Party Plaintiff,<br><br>vs.<br><br>DAC's II, INC., d/b/a Dakota Claims Service of Chamberlain,<br><br>    Third-Party Defendant. | Civ. 10-4105-KES<br><br><br><br>**PLAINTIFF'S MOTION TO WITHDRAW AFFIDAVIT IN RESPONES TO COURT'S ORDER AWARDING ATTORNEY'S FEES** |

Plaintiff Mark Lillibridge requests to have his Affidavit in Response to Court's Order Awarding Attorneys' Fees (Doc. 130) withdrawn.

Dated this 23rd day of May, 2013.

                                       CUTLER & DONAHOE, LLP
                                       Attorneys at Law


                                       /s/ Robert D. Trzynka
                                       Michael D. Bornitz
                                       Robert D. Trzynka
                                       100 N. Phillips Avenue, 9th Floor
                                       PO Box 1400
                                       Sioux Falls, SD  57101-1400
                                       Telephone:  (605) 335-4950
                                       Facsimile:  (605) 335-4966
                                       MikeB@cutlerlawfirm.com
                                       BobT@cutlerlawfirm.com
                                       Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

  I certify that on the 23rd day of May, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the appropriate parties:

- **Nicole L. Brand**
  nbrand@meagher.com,mwetzel@meagher.com

- **Robert J. Cosgrove**
  rcosgrove@wcmlaw.com

- **Richard O. Gregerson**
  Dick.Gregerson@woodsfuller.com,Beth.Quarnstrom@woodsfuller.com

- **Laura J. Hanson**
  lhanson@meagher.com,cunger@meagher.com

- **James Ellis Moore**
  James.Moore@woodsfuller.com,Melissa.Sasker@woodsfuller.com

- **Justin G. Smith**
  justin.smith@woodsfuller.com,ginger.lund@woodsfuller.com

    /s/ Robert D. Trzynka
    Michael D. Bornitz
    Robert D. Trzynka
    Cutler & Donahoe, LLP
    100 N. Phillips Avenue, 9th Floor
    PO Box 1400
    Sioux Falls, SD  57101-1400
    Telephone:  (605) 335-4950
    Facsimile:  (605) 335-4966
    MikeB@cutlerlawfirm.com
    BobT@cutlerlawfirm.com
    Attorneys for Plaintiff